IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Petitioner,

  v.            Case No. 18-cv-150-jdp

JAIME HOFF,

    Respondent.

## ORDER TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

A copy of the petition and order to show cause having been served on respondent on March 22, 2018, and the respondent Jaime Hoff having failed to file a written response to the petition within the time period allowed by the order to show cause,

IT IS HEREBY ORDERED that the respondent appear before Revenue Officer Bart Brellenthin or designee at a time and place to be agreed upon mutually for the purpose of giving testimony concerning the tax liabilities of the respondent, and then and there produce for examination and/or photostatic copying or other mechanical means of reproduction, the following:

All books, papers, records or other documents demanded in the Internal Revenue Service summonses served upon respondent on October 11, 2017.

The examination shall continue from day to day until completed.

In the event the Revenue Officer and the respondent cannot agree mutually

upon a time and place, then the respondent is ordered to appear at the office of Revenue Officer Bart Brellenthin, Internal Revenue Service, 1550 American Boulevard East, Suite 500, m/s 5128, Bloomington, Minnesota 55425, Telephone number 763-347-7356, at a time designated by the Revenue Officer, notice of said time and place to be given to the respondent by means of a certified letter mailed to the respondent at his last known business address at least ten (10) days prior to the date set by the Revenue Officer or his or her designee.

**FAILURE TO COMPLY WITH THIS ORDER TO ENFORCE SUMMONS WILL LIKELY RESULT IN AN ORDER TO APPEAR AND SHOW CAUSE WHY YOU SHOULD NOT BE HELD IN CONTEMPT OF COURT.**

Entered this 2ND day of APRIL, 2018.

BY THE COURT:

James D. Peterson
District Judge